IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

AMA SYSTEMS, LLC, et al.,

    Plaintiffs,

v.

UNITED STATES FOOD AND DRUG ADMINISTRATION, et al.,

    Defendants.

Case No. 8:23-cv-00489-DLB

**DEFENDANTS' MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO COMPLAINT**

    Pursuant to Federal Rule of Civil Procedure 6(b), Defendants, by and through their counsel, respectfully request an extension of time within which to respond to the complaint, and in support thereof state:

    1.    Plaintiffs filed the above-captioned lawsuit on or about February 22, 2023. ECF No. 1.

    2.    Plaintiffs served Defendants with a copy of the summons and complaint on or about February 24, 2023. Defendants' initial response deadline is March 27, 2023.

    3.    Counsel for Defendants has been in communication with Plaintiffs' counsel regarding this matter and has been working with the United States Food and Drug Administration ("FDA") to gather information regarding Plaintiffs' Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, request.

    4.    On March 17, 2023, FDA issued a response to Plaintiffs' FOIA request, notifying Plaintiffs that FDA had completed processing Plaintiffs' request; that it can neither confirm nor deny the existence of records that would be responsive to the request, as doing so could reveal

confidential commercial information; and that such records, if present would fall within certain exemptions of FOIA. FDA also notified Plaintiffs that they have a right to appeal this determination with the agency within ninety (90) workdays from the date of FDA's response.

5. Because FDA has recently issued a response to Plaintiffs, Defendants respectfully request an extension of their deadline to respond to Plaintiffs' complaint by an additional thirty (30) days to April 26, 2023, to prepare their response.

6. Counsel for Defendants contacted Plaintiffs' counsel regarding the proposed extension, and Plaintiffs do not consent. A proposed order is attached, which indicates the proposed new deadline.

WHEREFORE, Defendants respectfully request an extension of thirty (30) days within which to file a response to the complaint.

Date: March 24, 2023

                                        Respectfully submitted,

                                        Erek L. Barron
                                        United States Attorney

                                        _____/s/_____
                                        Alicia L. Shelton (Bar No. 11538)
                                        Assistant United States Attorney
                                        36 South Charles Street, 4th Floor
                                        Baltimore, Maryland 21201
                                        (410) 209-4836 (direct)
                                        (410) 962-2310 (fax)
                                        alicia.shelton2@usdoj.gov

                                        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on this 24th day of March 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all counsel.

                               /s/
                         Alicia L. Shelton
                         Assistant United States Attorney

- 4 -