# RWL | RIFKIN WEINER LIVINGSTON LLC
## ATTORNEYS AT LAW

Alan M. Rifkin
M. Celeste Bruce (MD, DC)
Brad I. Rifkin
William A. Castelli
Edgar P. Silver (1923-2014)
Laurence Levitan (1933-2024)
†Of Counsel
††Retired Emeritus

Arnold M. Weiner
Charles S. Fax (MD, DC, NY)†
Camille G. Fesche (MD, DC, NY, NJ)
Geoffrey W. Washington

Scott A. Livingston (MD, DC)
Jamie Eisenberg Katz (MD, DC, NY)
Michael D. Berman (MD, DC)†
Devon L. Harman

Michael V. Johansen
Barry L. Gogel
Madelaine Kramer Katz (MD, DC, VA)
Michael A. Miller†

Joel D. Rozner (MD, DC)
Stuart A. Cherry
Michael T. Marr (MD, DC, VA, NC)
Lance W. Billingsley††

John C. Reith (Nonlawyer/Consultant)
Matthew Bohle (Nonlawyer/Consultant)
Obie L. Chinemere (Nonlawyer/Consultant)

April 25, 2024

**VIA CM/ECF**
The Honorable Deborah L. Boardman
United States District Court for
 the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

    Re: *AMA Systems, LLC et al v. U.S. Food and Drug Administration et al*
       8:23-cv-00489-DLB

Dear Judge Boardman,

 Pursuant to your request during the on-the-record call on April 18, 2024, Plaintiffs hereby give notice of their intent to file a motion for summary judgment regarding the redacted FOIA response from the U.S. Food and Drug Administration. A mutually agreed upon briefing schedule will be forthcoming if the parties are unable to resolve the matter.

 Thank you for your attention to this matter.

           Respectfully submitted,

           /s/

           Madelaine Kramer Katz

Enclosures
cc: All counsel of record (via CM/ECF)

225 Duke of Gloucester Street, Annapolis, Maryland 21401
410.269.5066 | 410.269.1235 fax

2002 Clipper Park Road, Suite 108, Baltimore, Maryland 21211
410.769.8080 | 410.769.8811 fax

7700 Wisconsin Avenue, Suite 320, Bethesda, Maryland 20814
301.951.0150 | 301.951.0172 fax

www.rwllaw.com